**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01126-REB-CBS

DURANGO MERCHANT SERVICES, LLC,

      Plaintiff,

v.

FIRST DATA CORPORATION,
CARDSERVICE INTERNATIONAL, INC., d/b/a First Data Independent Sales, and
CARDSERVICE VIRGINIA, INC.,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal** [#29][1] filed September 27, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation of Dismissal** [#29] filed September 27, 2011, is **APPROVED**; and

      2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated September 27, 2011, at Denver, Colorado.

      **BY THE COURT:**

      *Bob Blackburn*
      Robert E. Blackburn
      United States District Judge

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.